UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**CHANTHILA SOUVANNARATH**

**VERSUS**

**US IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL.**

**CIVIL ACTION**

**No. 25-938-SDD-SDJ**

### ORDER

Before the Court are Petitioner's Motion to Quash Respondents' Discovery Requests (Doc. 29) and Respondents' Opposition (Doc. 32). As discussed at the Status Conference on November 25, 2025, the Court has determined that the discovery at issue is now moot, with the exception of the phone call between Petitioner's spouse and an officer or agent of Respondents on October 24, 2025. Accordingly,

**IT IS ORDERED** that the Motion to Quash (Doc. 29) is **DENIED IN PART**, as to Respondents' Interrogatory #3 and Request for Production #2 requesting information about Petitioner's spouse's call with Respondents' agent on October 24, 2025. To be clear, Petitioner **shall produce** information regarding the October 24 call.

**IT IS FURTHER ORDERED** that the remainder of the Motion to Quash (Doc. 29) is **TERMINATED as moot**. Petitioner need not provide further discovery responses at this time.

Signed in Baton Rouge, Louisiana, on <u>November 25, 2025</u>.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**