UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHANTHILA SOUVANNARATH                    CIVIL ACTION

VERSUS                                                            NO. 25-938-SDD-SDJ

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, ET AL

ORDER

The Petitioner having filed a *Notice of Voluntary Dismissal*;[1]

**IT IS ORDERED** that that the above-captioned case, is voluntarily dismissed, without prejudice, against the Respondents.

Signed in Baton Rouge, Louisiana, on January 14, 2026.

*Shelly D. Dick*
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 43.